UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PETER ENEA, et al., :

                Plaintiffs, :

    -against- :

BLOOMBERG L.P., :

               Defendant. :

------------------------------------------------------------X

**ORDER**

12cv4656-GBD-FM

**FRANK MAAS,** United States Magistrate Judge.

    Pursuant to the telephone conference held on July 30, 2014, it is hereby

ORDERED that:

1. The Defendants shall produce a privilege log indicating what documents, if any, are being withheld on attorney-client privilege grounds.

2. The deadline by which all discovery shall be completed is extended to September 30, 2014.

3. A further telephone conference shall be held on October 6, 2014, at 10:00 a.m. Plaintiffs' counsel should initiate the call.

    SO ORDERED.

Dated:    New York, New York
            July 30, 2014

                                              FRANK MAAS
                                       United States Magistrate Judge

Copies to:

All counsel via ECF