SEP-04-2015  15:47          WFG 38-167 OPP 3874                05971201399    P.02/02

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

September 4, 2015

**BY FAX**

The Honorable Frank Maas
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Enea, et al. v. Bloomberg L.P.*, 1:12-cv-04656-GBD-FM

Dear Judge Maas:

This firm represents Bloomberg L.P. ("Bloomberg") in the above-captioned matter. Further to Your Honor's Order, dated August 20, 2015 [Dkt. No 118], Bloomberg hereby withdraws its defenses of good faith and lack of willfulness.

Respectfully submitted,

Deirdre N. Hykal/AS

Deirdre N. Hykal

cc:   Dan Getman, Artemio Guerra, Lesley Tse (via email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/14/15