UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER ENEA, et al.,

        Plaintiffs,

v.

BLOOMBERG L.P.,

        Defendant.

ORDER

12 Civ. 4656 (GBD)(FM)

GEORGE B. DANIELS, United States District Judge:

    A hearing on preliminary approval of the parties' proposed class settlement is scheduled for June 14, 2016 at 9:45 AM.

Dated: May 31, 2016
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge