IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK



PETER ENEA, VICTOR MCLEAN, CHANTAY DINGLE-EL, KENNY ALTIDOR, individually and on behalf of others similarly situated,
                Plaintiffs,

v.

BLOOMBERG L.P.,
                Defendant.

Case No. 12 CV 4656 (GBD)(FM)

### ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, APPROVAL OF PLAINTIFFS' PROPOSED NOTICE OF SETTLEMENT, AND OTHER RELIEF

WHEREAS, a class action entitled *Enea, et al v. Bloomberg L.P.*, No. 12-cv-04656 (GBD) (FM) (S.D.N.Y.) (the "Action") is pending before this Court;

WHEREAS, the Court has reviewed the Settlement Agreement dated March 16, 2016, which has been entered into by Peter Enea, Victor McLean, Chantay Dingle-El and Kenny Altidor, the Class Representatives, through Class Counsel, on behalf of the Class, and Bloomberg L.P., the Defendant;

WHEREAS, the Settlement Agreement sets forth the terms and conditions for a settlement and dismissal of the Action; and,

WHEREAS, the Class Representatives have made an application, pursuant to Federal Rule of Civil Procedure 23(e) for an order preliminarily approving the Settlement and the Court having read and considered the Settlement Agreement and submissions made relating to the Settlement;

NOW THEREFORE IT IS HEREBY ORDERED that:

**A.**    **Preliminary Approval Of Settlement**

    1.    Based upon the Court's review of the Plaintiffs' Memorandum of Law in Support

of Plaintiffs' Motion for Preliminary Approval of Class Settlement, the Declaration of Dan Getman, and all other papers submitted in connection with Plaintiffs' Motion for Preliminary Approval, the Court grants preliminary approval of the settlement memorialized in the Settlement Agreement.

**B.     Final Fairness Hearing**

2.      The Final Fairness proceeding shall be held on OCTOBER 18, 2016 at 10:00 AM.

Not later than ten (10) days before the Fairness Hearing, Named Plaintiff will submit a Motion for Judgment and Final Approval.

**C.     Certification Of The Agreed Changes To The Definitions Of The Previously Certified Federal Class Is Appropriate**

3.      The Settlement Agreement provides relief for all members of the currently certified class and expands the membership by including 47 individuals who were hired as GTEC Representatives since the filing of the complaint on June 14, 2012, and by excluding 15 "Pre-Settlement Opt-Outs" as defined by the Settlement Agreement. The Court has already ruled on the merits of Rule 23 class certification. (*Enea v. Bloomberg, L.P.*, No. 12 CIV. 4656 GBD FM, 2014 WL 1044027 (S.D.N.Y. Mar. 17, 2014). The expansion of the class to include individuals who were hired by Defendant as GTEC Representatives after the filing of the complaint, and so were not included in the original notice, is consistent with the Court's prior certification decision certifying a class of GTEC Representatives. The additional class members will receive notice, the opportunity to submit a claim form, the opportunity to opt-out of the settlement, and the opportunity to object to the settlement as part of the settlement. Accordingly, the addition of these class members in the settlement class is approved.

**D.     Approval Of Form And Manner Of Class Notice**

4.      The Court finds that the form and methods set forth in Plaintiffs' Motion for

Preliminary Approval of notifying Class members of the Settlement and its terms and conditions meet the requirements of Rule 23 of the Federal Rules Procedure. The form and methods set forth in Plaintiffs' Motion for Preliminary Approval constitute the best notice practicable under the circumstances and the detailed information in the Proposed Notice is more than adequate to put class members on notice of the proposed settlement. Accordingly, the Court approves, as to form and content the Proposed Notice and Settlement Claim Form attached as Exhibit 1 to the Motion For Preliminary Approval (ECF No. 130).

### E. Settlement Administrator

5. The Court authorizes the parties to choose a Settlement Administrator to be retained by Plaintiffs for the administration of the Settlement as stipulated in the Settlement Agreement.

JUN 15 2016

It is so ORDERED this ___ day of _____, 2016.

_____
Honorable George B. Daniels
United States District Judge