IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER ENEA, VICTOR MCLEAN, CHANTAY DINGLE-EL, KENNY ALTIDOR, individually and on behalf of others similarly situated,<br><br>                              **Plaintiffs,**<br><br>-against-<br><br>BLOOMBERG L.P.,<br><br>                              **Defendant.** | Case No. 12 CV 4656 (GBD)(FM) |

**NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND APPROVAL OF CLASS COUNSEL'S FEES AND COSTS**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Settlement and Approval of Class Counsel's Fees and Costs and in the Declaration of Dan Getman and supporting documents, Plaintiffs respectfully request that the Court enter an Order:

1. Granting final approval of the Settlement Agreement and Release ("Settlement Agreement") attached as Exhibit 1 to the Declaration of Dan Getman in Support of Plaintiffs' Motion for Final Approval of Class Settlement ("Getman Decl.").

2. Approving the requested service payments to various Plaintiffs.

3. Approving an award of attorneys' fees in the amount of $1,552,476.29, reimbursement of Litigation expenses, including settlement administration costs, in the amount of $41,623.71.

- 2 -

4. And entering judgment dismissing this action with prejudice in accordance with the Settlement Agreement.

Plaintiffs have contemporaneously submitted a Proposed Order, attached hereto as Exhibit A, and Proposed Final Judgment, attached hereto as Exhibit B, for the Court's convenience.

Dated: October 7, 2016

Respectfully submitted,

By: */s/ Dan Getman*
    Dan Getman
    Getman & Sweeney PLLC
    9 Paradies Lane
    New Paltz, NY 12561
    Telephone: (845) 255-9370
    dgetman@getmansweeney.com

    *Attorneys for Plaintiffs*