UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER ENEA, VICTOR MCLEAN, CHANTAY
DINGLE-EL, KENNY ALTIDOR, individually
and on behalf of all others similarly situated,

Plaintiffs,

vs.

BLOOMBERG L.P.,

Defendant.

Civil Action No. 12 CV 4656 (GBD)(FM)



**FINAL JUDGMENT**

WHEREAS, on July 15, 2016, this Court granted preliminary approval of a settlement of this action (the "Preliminary Approval Order") (ECF No. 135), as embodied in the Settlement Agreement and Release (the "Settlement Agreement") (ECF No. 132-1);

WHEREAS, on Oct 18, 2016, the Court entered its Final Approval Order (ECF No. ___), granting final approval of the settlement. In the Final Approval Order, the Court found that the settlement is fair, reasonable, and adequate as to the Class Members (as defined in the Settlement Agreement);

WHEREAS, the Court has found that the Notices sent to Class Members (as defined in the Settlement Agreement) fairly and adequately informed them of the terms of the settlement, were consistent with Federal Rule of Civil Procedure 23, 29 U.S.C. § 216(b), and due process, and were given in the manner prescribed by the Settlement Agreement and the Court's Preliminary Approval Order:

This Court hereby enters final judgment in this case, and dismisses it with prejudice in accordance with the terms of the Settlement Agreement and the Final Approval Order. As to all Class Members (as defined in the Settlement Agreement) who did not timely and properly opt out, Named Plaintiffs Peter Enea, Victor Mclean, Chantay Dingle-El, and Kenny Altidor, and all FLSA Opt-Ins (as defined in the Settlement Agreement), the Court dismisses the matter with

prejudice, in accordance with the terms of the Settlement Agreement, the Final Approval Order, and the Preliminary Approval Order.

The Court hereby permanently enjoins and restrains all Class Members (as defined in the Settlement Agreement) who did not timely and properly opt out, Plaintiffs Peter Enea, Victor Mclean, Chantay Dingle-El, and Kenny Altidor, and all FLSA Opt-Ins (as defined in the Settlement Agreement) from asserting any and all claims that were released pursuant to the Settlement Agreement and the Final Approval Order.

Without affecting the finality of this Final Judgment in any way, the Court reserves exclusive and continuing jurisdiction over this action, Plaintiffs Peter Enea, Victor Mclean, Chantay Dingle-El, and Kenny Altidor, all Class Members (as defined in the Settlement Agreement) who did not timely and properly opt out, all FLSA Opt-Ins (as defined in the Settlement Agreement), and the Defendant for the purposes of supervising the implementation, enforcement, construction, and interpretation of the Settlement Agreement, the Preliminary Approval Order, the Final Approval Order, and this Final Judgment.

DATED: OCT 18 2016

_____
Honorable George B. Daniels
United States District Judge

## Exhibit A: *Enea v. Bloomberg* Class Opt-Outs

### Class Members Who Opted-Out from the Action Prior to Settlement Notice:

Robert Cannella
Andrew Devney
Lauren Francis
Mike Geller
Charles Graves
Jeff Katten
John Marinello
Elizabeth Marinello
Kartik Nath
David Perlman
Adam Petendree
Antonio Piteo
Salvatore Scalici
Andrew Schumer
Anthony Tedesco

### Class Members Who Submitted an Opt-Out Form as Specified in the Settlement Notice to Opt-Out from the Settlement:

None